



NEW YORK STATE

Commissioner of Motor Vehicles

DRIVER LICENSE

ID: 196 127 198 CLASS D

EFTHIMIATOS
ANGELO,PETER
PO BOX 166
NORTH SALEM NY 10560
DOB: 07-18-69
SEX: M EYES: BR HT: 6-03
E NONE
R NONE
ISSUED: 01-05-10 EXPIRES 07-18-13 X32G78L708

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

ANGELO P EFTHIMIATOS

SIGNATURE

AE 1

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# CONSENT TO SEARCH

I, Angelo Efthimiatos, have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent David M. Hoagland/Steve Allen of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

Seneca 5 Aircraft Tail# N226LM

I have also been advised by ICE Special Agent David M. Hoagland that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents David M. Hoagland and Steve Allen to conduct a complete search of my ______, located at Washington, IA Airport.

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. I have read the above statement and understand my rights.

Name (Please Print): Angelo Efthimiatos

Signature: X [signature]

Date/Time: 19 Feb 2013 / 1620

Witnesses: [signature] D. M. Hoagland

[signature] Stephen B. Allen

ICE Form 73-005 (01/08)

AE 2



U.S. Immigration
and Customs
Enforcement

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into ~~custody at~~ ________ (time), on ________ (date), and have signed this document at 1:23pm (time), on Feb. 19, 2013 (date).

Angelo P. Efthimiatos
Print Name

________________________
Signature

WITNESS: [signature] DATE: 2-19-2013

WITNESS: Officer Ron See present SBAllen DATE: ________

AE 3.



U.S. Immigration
and Customs
Enforcement

STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody as ________ (time), on 2-19-2013 (date), and have signed this document at 4:14pm (time), on 2-19-2013 (date).

A. Efthimiatos
Print Name

[signature]
Signature

WITNESS: [signature] DATE: 2-19-2013

WITNESS: [signature] DATE: 2-19-2013
D.M. Hoagland

AE 4.

## Detail for Nancy a Dellamonte: 203-994-6618

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/17 | 10:57A | 914-274-1678 | Off-Peak | N&W | Enders NE | Wschstzn02 NY | 3 | -- | -- | -- |
| 2/17 | 11:32A | 308-882-8630 | Off-Peak | N&W | Enders NE | Imperial NE | 2 | -- | -- | -- |
| 2/17 | 11:35A | 914-227-6440 | Off-Peak | N&W | Enders NE | Wh Plains NY | 1 | -- | -- | -- |
| 2/17 | 11:43A | 914-227-6440 | Off-Peak | N&W | Enders NE | Incoming CL | 1 | -- | -- | -- |
| 2/17 | 11:50A | 308-882-8630 | Off-Peak | N&W | Enders NE | Imperial NE | 1 | -- | -- | -- |
| 2/17 | 6:57P | 914-274-1678 | Off-Peak | N&W | Livermore CA | Wschstzn02 NY | 4 | -- | -- | -- |
| 2/17 | 7:05P | 510-557-2163 | Off-Peak | N&W | Livermore CA | Incoming CL | 2 | -- | -- | -- |
| 2/17 | 7:35P | 510-557-2163 | Off-Peak | N&W | Livermore CA | Incoming CL | 1 | -- | -- | -- |
| 2/17 | 7:40P | 203-501-7373 | Off-Peak | N&W | Livermore CA | Danbury CT | 1 | -- | -- | -- |
| 2/17 | 7:59P | 203-802-7710 | Off-Peak | N&W | Livermore CA | Waterbury CT | 10 | -- | -- | -- |
| 2/17 | 8:29P | 203-948-0878 | Off-Peak | N&W | Livermore CA | Incoming CL | 1 | -- | -- | -- |
| 2/18 | 8:33A | 203-775-5856 | Peak | PlanAllow | Milpitas CA | Danbury CT | 1 | -- | -- | -- |
| 2/18 | 9:25A | 914-274-1678 | Peak | M2MAllow | Milpitas CA | Wschstzn02 NY | 1 | -- | -- | -- |
| 2/18 | 9:26A | 201-694-4809 | Peak | M2MAllow | Milpitas CA | Hackensack NJ | 3 | -- | -- | -- |
| 2/18 | 9:33A | 914-274-1678 | Peak | M2MAllow | Milpitas CA | Incoming CL | 2 | -- | -- | -- |
| 2/18 | 10:01A | 914-227-6440 | Peak | PlanAllow | Newark CA | Wh Plains NY | 2 | -- | -- | -- |
| 2/18 | 11:46A | 203-948-1388 | Peak | M2MAllow | Fremont CA | Incoming CL | 1 | -- | -- | -- |
| 2/18 | 2:41P | 914-274-1678 | Peak | M2MAllow | Fremont CA | Wschstzn02 NY | 9 | -- | -- | -- |
| 2/18 | 4:36P | 510-557-2163 | Peak | PlanAllow | Sunol CA | Frnk Main CA | 3 | -- | -- | -- |
| 2/18 | 5:53P | 800-698-4952 | Peak | PlanAllow | Fremont CA | Toll-Free CL | 2 | -- | -- | -- |
| 2/19 | 6:56A | 914-274-1678 | Peak | M2MAllow | Enders NE | Wschstzn02 NY | 6 | -- | -- | -- |
| 2/19 | 11:[illegible]A | 203-[illegible] | Peak | PlanAllow | Washington IA | Danbury CT | 1 | -- | -- | -- |
| 2/19 | 12:20P | 203-834-9526 | Peak | PlanAllow | Washington IA | Wilton CT | 1 | -- | -- | -- |
| 2/19 | 12:21P | 203-834-9526 | Peak | PlanAllow | Washington IA | Wilton CT | 2 | -- | -- | -- |
| 2/19 | 12:23P | 914-274-1678 | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 1 | -- | -- | -- |
| 2/19 | 12:24P | 914-274-1678 | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 1 | -- | -- | -- |
| 2/19 | 12:24P | 914-274-1678 | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 6 | -- | -- | -- |
| 2/19 | 12:36P | 203-834-9526 | Peak | PlanAllow | Washington IA | Wilton CT | 1 | -- | -- | -- |
| 2/19 | 12:42P | 914-274-1678 | Peak | M2MAllow | Washington IA | Incoming CL | 4 | -- | -- | -- |
| 2/19 | 1:03P | 914-274-1678 | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 2 | -- | -- | -- |
| 2/19 | 4:08P | 914-274-1678 | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 3 | -- | -- | -- |
| 2/19 | [illegible] | 914-274-[illegible] | Peak | M2MAllow | Washington IA | Wschstzn02 NY | 4 | -- | -- | -- |

EXHIBIT
A

EXHIBIT
A-1

EXHIBIT
13

8th District Court of Appeals

Your Honors

USA vs. Michael G Efthimiatos

Case # 3-13-CR00015-002

I am writing this brief PRO SE to request permission from this Court to file a late Notice Of Appeal.

I was sentenced on June 19th 2014.

Original date the notice of appeal was due by July 3rd

Reasons not filed:

1, After my trial ended in February of 2014, I asked my attorney to file an appeal. On February 21st 2014 my attorney, John Keith Rigg, filed a motion for a new trial which was denied on March 7th 2014. Mr. Rigg lead me to believe that that motion was my appeal and my appeal options were over after the motion had been denied, and that I would just have to see what would happen at sentencing.

I was given a sentence of 24 months on June 19th 2014, and was immediately taken into custody by the US Marshalls. Afterwards I spoke to my parents who informed me that my attorney, Mr. Rigg, had informed them that he believed that I should not appeal my sentence because I would be released from incarceration by the time the Court of Appeals came back with a decision. That Monday 6/22/2014, I spoke to Mr. Rigg on the telephone and he explained to me the same thing that my parents had told me. He advised me not to appeal and as it was not worth it. I was still under the impression from my attorney that the appeal from my conviction had been decided by the motion on March 7th 2014.I later learned that information given to me by my counsel was false.

2, The reason for the delay in requesting permission from the this Court to file a late notice of appeal is due to the fact that I was in transit within the Bureau of Prisons from June 19th 2014 to September 17th 2014. I am now at FCI Otisville New York Satellite Camp and have finally had the opportunity to do some legal research for this. I was mislead by my attorney who stated that my ability to contest the conviction ended in March 2014. I never had the intention of appealing only the sentence but the conviction itself.For these reasons I am asking the court to grant me permission for a late notice of appeal.

I believe that I have a meritorious appeal based on the insufficient evidence to sustain the conviction, The evidence at trial failed to show any conspiracy and consisted primarily of a video of me dropping off my brother at the airport and helping him carry his luggage. The Government failed to show I had any knowledge of the contents of his locked luggage. Traveling to California for personal reasons,and bringing my brother to the airport, does not even begin to establish a conspiracy.For these reasons I ask the court to grant me permission to file a late notice of appeal.

Thank you for your consideration and help

Sincerely Michael G. Efthimiatos

Michael G. Efthimiatos

RECEIVED
NOV 24 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RECEIVED
NOV 17 2014
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANGELO PETER EFTHIMIATOS,<br>Defendant. | ) | CRIMINAL NO. 3:13-cr-15<br><br>MOTION TO WITHDRAW AS COUNSEL DUE TO CONFLICT |

COMES NOW Diane Helphrey of the Federal Defender's Office and respectfully requests the court's permission to withdraw as attorney for defendant Angelo Peter Efthimiatos because of a conflict of interest. Counsel requests a CJA panel attorney be appointed to represent said defendant in this case.

Mr. Efthimiatos' trial is scheduled for the two week period beginning January 6, 2014, and his pretrial motion/change of plea proceeding deadline is December 16, 2013.

FEDERAL DEFENDER'S OFFICE
MidwestOne Bank Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: diane_helphrey@fd.org

By: /s/

**Diane Helphrey**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Angelo Peter Efthimiatos, Defendant
Clifford R. Cronk III, AUSA

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2013, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 3:13-cr-15 |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW AS COUNSEL |
| vs. | ) | DUE TO CONFLICT |
| | ) | |
| ANGELO PETER EFTHIMIATOS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Diane Helphrey of the Federal Defender's Office and respectfully requests the court's permission to withdraw as attorney for defendant Angelo Peter Efthimiatos because of a conflict of interest. Counsel requests a CJA panel attorney be appointed to represent said defendant in this case.

Mr. Efthimiatos' trial is scheduled for the two week period beginning January 6, 2014, and his pretrial motion/change of plea proceeding deadline is December 16, 2013.

FEDERAL DEFENDER'S OFFICE
MidwestOne Bank Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: diane_helphrey@fd.org

By: /s/

**Diane Helphrey**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Angelo Peter Efthimiatos, Defendant
Clifford R. Cronk III, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on November 12, 2013, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/

21

FEDERAL PUBLIC DEFENDER
NORTHERN AND SOUTHERN DISTRICTS OF IOWA

*JAMES WHALEN*
*FEDERAL PUBLIC DEFENDER*

101 W. 2nd Street, Suite 401, Davenport, IA 52801
Telephone: 563-322-8931 Fax: 563-383-0052

***Assistant Federal Defenders***
Des Moines
B. John Burns
Joseph Herrold
Timothy Ross-Boon
Cedar Rapids
Jill Johnston
JoAnne Lilledahl
Sioux City
Robert Wichser
Max Wolson
Mike Smart
Davenport
Terence McAtee
Diane Helphrey
***Research & Writing Attorney***
John Messina

November 12, 2013

Mr. Angelo P. Efthimiatos
c/o Scott County Jail
400 West 4th Street
Davenport, IA 52801

*RE: Case update/conflict of interest*
*Case No. 3:13-cr-15*
*Our File No. 13-V-0056*

Dear Mr. Efthimiatos:

I am writing to inform you that a conflict of interest has arisen in your case, preventing me from continuing my representation. If the interests of one client conflict with the interests of another, I am ethically required to withdraw as counsel. Unfortunately, I can not provide more detail than that due to my obligation of confidentiality to both clients.

You are still entitled to competent appointed counsel. Within a few days, the Clerk of Court will appoint a new lawyer to represent you from the panel of private attorneys qualified to practice under the Criminal Justice Act. That attorney will make contact with you. Please advise your new attorney that I will be glad to review your case with him or her and to share any information in my possession.

I am also going to summarize for you the current status of your case. When we last met, I explained a conditional plea to you. A conditional plea, means that you can enter a plea of guilty to the charge conditioned on the fact that the parties and the judge all agree you have reserved your right to appeal the pretrial order on your motions to suppress. Thus, you can preserve the appeal of your motion ruling as long as the parties are in agreement. Otherwise, your plea of guilty would render the pretrial issues moot, eliminating your right to appeal the motion decision.

When I last spoke with you, you were still in the process of deciding between a trial and a plea. At this point, the prosecutor is not willing to offer much in the way of a plea agreement. He will only agree to a conditional plea if you admit to being in a conspiracy with your brother Michael and if you admit to the corresponding facts (facts the government believes are supported by concrete evidence). The factual basis would include stipulations such as Michael being in California with you as part of the conspiracy, him helping you load the bags of marijuana on the plane, and him accompanying you to Target for the purpose of purchasing the gas cards used in the transport.

This is what the government would require in order for Attorney Cronk to be willing to agree to a conditional plea. You could still enter a plea of guilty without making these stipulations, only admitting to the elements of the charge. The only facts you are required to admit to are those necessary to prove the charged conspiracy. A conspiracy can include unnamed individuals. This is called an open plea, meaning a plea to the charges without a plea agreement. However, with an open plea, Attorney Cronk is unwilling to agree to the conditional plea. All issues relevant to sentencing would be open to argument by both parties and your rights to appeal your motion would be lost.

**The only other way to preserve your appeal rights relating to your pretrial motions, is to proceed to trial. However, by going to trial, you would forgo your offense level reduction based on acceptance** of responsibility.

The government is unwilling to make any concessions relating to drug quantity. You have adamantly stated your conduct should produce a drug quantity well under 100 kilograms. The government's position is very far from your quantity calculation. Attorney Cronk would only be willing allow you to stipulate to 400 kilograms, and he would cap the quantity at 1000 kilograms. He continues to cite the 200 pounds planned in April, and your statement about the fields of marijuana. He is unwilling to consider an agreement to a lower amount.

Again, this does not prevent you from an open plea (a plea with no plea agreement). Also, Attorney Cronk would be willing to agree to a conditional plea without any agreement on drug quantity as long as the other above stated factual stipulations concerning Michael's participation were included.

Finally, Attorney Cronk continues to express an interest in your cooperation against Michael. He is still willing to extend a cooperation agreement to you, if you provided what he believes to be truthful and complete information about your involvement in the offense conduct as well as Michael's. He went on to explain that he would require very direct, honest information and that you would need to subject yourself to a polygraph concerning the information provided. For cooperation to be beneficial to you, you would have to convince the government you were being completely truthful and not leaving anything out.

Nothing you have said would suggest to me that you are willing to provide information against Michael. However, I need to make sure you clearly understand that information about Michael is of great interest to the government. Thus, this information has the potential of substantially helping you. Even if this is not what you choose to do, I need to make sure you understand all options you have.

As I have explained many times, the government will not consider cooperation unless it is wholly inclusive. Meaning, to cooperate, you must openly tell law enforcement everything about your offense and any criminal conduct you are aware of. You can not choose to share information about a specific offense while deciding not to respond to other areas of inquiry. The government will not engage in piecemeal cooperation.

Thus, at this time you must decide how you wish to proceed. You can choose to go to trial, enter a conditional plea of guilty, cooperate with the government in an attempt to obtain a cooperation agreement or enter a plea of guilty with no plea agreement. You will have to decide which option best addresses the priorities you have relating to your case and personal circumstances. I wanted to provide a written overview to facilitate discussions with new counsel. I will provide new counsel with any information we have developed through our representation. I wish you the best of luck in your case. I am disappointed that I can not continue with your case. It has been a pleasure representing you.

Sincerely,

Diane Helphrey
Assistant Federal Public Defender

Enclosure: Motion to Withdraw as Counsel Due to Conflict

SAUS70 KAWG 191638 RRA
METAR KAWG 191635Z AUTO 29022G31KT 10SM CLR M08/M12 A3009 RMK AO2
SAUS70 KAWG 191700 RRF
**METAR KAWG 191655Z AUTO 30025G32KT 10SM SCT028 M08/M13 A3009 RMK AO2**
SAUS70 KAWG 191718 RRD
METAR KAWG 191715Z AUTO 30022G33KT 10SM SCT028 M08/M13 A3010 RMK AO2
SAUS70 KAWG 191738 RRA
METAR KAWG 191735Z AUTO 30023G32KT 10SM SCT028 M07/M12 A3011 RMK AO2
SAUS70 KAWG 191800 RRK
METAR KAWG 191755Z AUTO 29024G28KT 10SM SCT030 M06/M11 A3010 RMK AO2
SAUS70 KAWG 191818
METAR KAWG 191815Z AUTO 31026G34KT 10SM SCT030 M06/M12 A3010 RMK AO2
SAUS70 KAWG 191838 RRB
METAR KAWG 191835Z AUTO 30024G35KT 10SM SCT034 M06/M12 A3011 RMK AO2
SAUS70 KAWG 191900 RRL
METAR KAWG 191855Z AUTO 29022G33KT 10SM SCT034 M06/M12 A3010 RMK AO2
SAUS70 KAWG 191918
METAR KAWG 191915Z AUTO 29022G32KT 10SM SCT034 M05/M12 A3010 RMK AO2
SAUS70 KAWG 191938 RRC
METAR KAWG 191935Z AUTO 29023G32KT 10SM SCT036 M04/M11 A3011 RMK AO2
SAUS70 KAWG 192000 RRA
METAR KAWG 191955Z AUTO 30027G34KT 10SM SCT036 M04/M12 A3011 RMK AO2
SAUS70 KAWG 192018
METAR KAWG 192015Z AUTO 29025G36KT 10SM SCT038 M04/M12 A3011 RMK AO2
SAUS70 KAWG 192038 RRA
METAR KAWG 192035Z AUTO 30025G30KT 10SM SCT038 M04/M12 A3012 RMK AO2
SAUS70 KAWG 192100 RRG
**METAR KAWG 192055Z AUTO 30026G34KT 10SM SCT040 M04/M12 A3013 RMK AO2**
SAUS70 KAWG 192118
METAR KAWG 192115Z AUTO 29028G33KT 10SM CLR M04/M12 A3013 RMK AO2
SAUS70 KAWG 192138 RRA
METAR KAWG 192135Z AUTO 30025G33KT 10SM CLR M04/M12 A3014 RMK AO2
SAUS70 KAWG 192200 RRI
METAR KAWG 192155Z AUTO 29023G31KT 10SM CLR M04/M13 A3015 RMK AO2
SAUS70 KAWG 192218
METAR KAWG 192215Z AUTO 30025G30KT 10SM CLR M04/M13 A3016 RMK AO2
SAUS70 KAWG 192238
METAR KAWG 192235Z AUTO 31025G31KT 10SM CLR M04/M13 A3017 RMK AO2
SAUS70 KAWG 192300 RRK
METAR KAWG 192255Z AUTO 30018G30KT 10SM CLR M06/M13 A3018 RMK AO2
SAUS70 KAWG 192318 RRC
METAR KAWG 192315Z AUTO 31023G28KT 10SM CLR M06/M13 A3019 RMK AO2
SAUS70 KAWG 192338 RRA
METAR KAWG 192335Z AUTO 31019G22KT 10SM CLR M07/M13 A3019 RMK AO2
SAUS70 KAWG 200000 RRI
METAR KAWG 192355Z AUTO 30014G24KT 10SM CLR M07/M13 A3020 RMK AO2
SAUS70 KAWG 200018
METAR KAWG 200015Z AUTO 30014G25KT 10SM CLR M07/M13 A3021 RMK AO2
SAUS70 KAWG 200038
METAR KAWG 200035Z AUTO 29015G20KT 10SM CLR M07/M13 A3021 RMK AO2
SAUS70 KAWG 200100 RRH
METAR KAWG 200055Z AUTO 30013G21KT 10SM CLR M08/M13 A3021 RMK AO2
SAUS70 KAWG 200118 RRA
METAR KAWG 200115Z AUTO 29012G17KT 10SM CLR M08/M13 A3022 RMK AO2
SAUS70 KAWG 200138
METAR KAWG 200135Z AUTO 30014KT 10SM CLR M08/M13 A3022 RMK AO2
SAUS70 KAWG 200200 RRI