# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 15, 2016

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Angelo Peter Efthimiatos
         v. United States
         No. 16-5594
         (Your No. 15-2773)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 8, 2016 and placed on the docket August 15, 2016 as No. 16-5594.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Melissa Blalock
    Case Analyst