# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2276

Angelo Peter Efthimiatos

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:15-cv-00045-SMR)
(3:13-cr-00015-SMR-1)

_____

**MANDATE**

In accordance with the judgment of 11/08/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 08, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit